# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:12-cv-01408-REB-MEH

MALIBU MEDIA, LLC,

    Plaintiff,

v.

JOHN DOES 1-15,

    Defendants.

_____/

## PLAINTIFF'S NOTICE OF SETTLEMENT AND VOLUNTARY DISMISSAL WITH PREJUDICE OF JOHN DOE 9 ONLY

**PLEASE TAKE NOTICE,** Plaintiff has settled this matter with John Doe 9 ("Defendant"). Pursuant to the settlement agreement's terms, Plaintiff hereby voluntarily dismisses Defendant from this action <u>with prejudice</u>. John Doe 9 was assigned the IP Address 98.245.35.171. For the avoidance of doubt, Plaintiff is <u>not</u> voluntarily dismissing any other Defendant.

Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) Defendant John Doe 9 has neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

Dated: July 10, 2012

                                          Respectfully submitted,

                                          By: /s/ *Jason A. Kotzker*
                                          Jason A. Kotzker
                                          Jason@klgip.com
                                          KOTZKER LAW GROUP
                                          9609 S. University Blvd. #632134
                                          Highlands Ranch, CO  80163
                                          Phone:  303-875-5386
                                          *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

  I hereby certify that on July 10, 2012, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

                 By:  /s/ Jason A. Kotzker