**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 12-cv-01408-REB-MEH

MALIBU MEDIA, LLC,

    Plaintiff,

v.

JOHN DOES 1-4, 6, 8,10-11 and 13-15,

    Defendants.

**ORDER OF DISMISSAL WITHOUT PREJUDICE
AS TO JOHN DOES 1, 3, 4, 6, 8, 10, 11, 12, 13, 14 AND 15**

**Blackburn, J.**

    The matter is before me on the **Plaintiff's Notice Voluntary Dismissal Without Prejudice of John Does 1, 3, 4, 6, 8, 10, 11, 12, 13, 14 and 15 Only** [#20][1] filed September 26, 2012. After reviewing the notice and the record, I conclude that the notice should be approved and that plaintiff's claims against defendants John Does 1, 3, 4, 6, 8, 10, 12, 13, 14 and 15 should be dismissed without prejudice.

    **THEREFORE, IT IS ORDERED** as follows:

    1. That **Plaintiff's Notice of Settlement and Voluntary Dismissal With Prejudice of John Does 1, 3, 4, 6, 8, 10, 11, 12, 13, 14 and 15 Only** [#20] filed September 26, 2012, is **Approved**;

    2. That plaintiff's claims against defendants John Does 1, 3, 4, 6, 8, 10, 11, 13,

---

[1] "[#20]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.

14, and 15[2], are **DISMISSED WITHOUT PREJUDICE**; and

      3.  That John Does 1, 3, 4, 6, 8, 10, 11, 13, 14 and 15 are **DROPPED** as named parties to this action, and the case caption is amended accordingly.

      Dated September 26, 2012, at Denver, Colorado.

      **BY THE COURT:**

*Bob Blackburn*
Robert E. Blackburn
United States District Judge

---

[2] On September 25, 2012, the court entered its **Order of Dismissal as To John Doe 12, Only** [#19].  John Doe 12 was dismissed with prejudice.  Therefore, John Doe 12 is not included in this order of dismissal without prejudice.