**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 12-cv-01408-REB-MEH

MALIBU MEDIA, LLC,

    Plaintiff,

v.

JASON BARFKNECHT,

    Defendant.

## ORDER OF DISMISSAL

**Blackburn, J.**

The matter is before me on the **Plaintiff's Notice Voluntary Dismissal Without Prejudice of Defendant Jason Barfknecht** [#28][1] filed November 19, 2012.  After reviewing the notice and the record, I conclude that the notice should be approved and that plaintiff's claims against defendant Jason Barfknecht should be dismissed without prejudice, but that this case should not be closed administratively.

    **THEREFORE, IT IS ORDERED** as follows:

    1.  That **Plaintiff's Notice of Voluntary Dismissal Without Prejudice of Defendant Jason Barfknecht** [#28] filed November 19, 2012, is **Approved**; and

    2.  That plaintiff's claims against defendant Jason Barfknecht are **DISMISSED WITHOUT PREJUDICE**.

    Dated November 20, 2012, at Denver, Colorado.

                        **BY THE COURT:**

                        Robert E. Blackburn
                        United States District Judge

---

[1] "[#28]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.